# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE:Christopher Cicle                    CHAPTER 13 CASE NO:04BK14383


## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Paul H. Davidson, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

2.

That in the above styled matter, ninety (90) days or more has passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:

Christopher Cicle
1333 S Belardo Road #413
Palm Springs CA 92264

3.

The Trustee's check for $122.44, payable to the Clerk, U. S. Bankruptcy Court, is attached.

Respectfully submitted this ___18th___ day of February 2010.

Paul H. Davidson
Standing Chapter 13 Trustee
P. O. Box 19300
Shreveport, LA 71149-0300


**DRCC-Completed; v745401 r618789**